# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 1227

IN THE INTEREST OF H.C.

**DECEMBER 28, 2022**

---

In Re:    H.C., applying for supervisory writs, 22nd Judicial
          District Juvenile Court, Parish of St. Tammany, No.
          9493JJ.

---

**BEFORE:    WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                    **JEW**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*A.SrV*

DEPUTY CLERK OF COURT
    FOR THE COURT